IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION, on behalf of itself and as subrogee/assignee of Josef Matuschka, and JOSEF MATUSCHKA, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 18-CV-03080 |
| v. | ) Hon. Elaine E. Bucklo |
| PROGRESSIVE DIRECT INSURANCE CO. | ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

All matters in dispute between the parties to the above entitled cause having been satisfactorily compromised and settled:

**IT IS HEREBY STIPULATED AND AGREED** by and between said parties, by their respective attorneys, that the said cause may be dismissed, without costs to either party, all costs having been paid.

**IT IS FURTHER STIPULATED AND AGREED** that an order pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of this stipulation.

**IT IS FURTHER STIPULATED AND AGREED** that said dismissal shall be a bar to the bringing of any action based on or including the claim for which this action has been brought.

**WHEREFORE**, the parties hereto pray that the court will enter an order dismissing complaint of plaintiff(s) with prejudice.

_____
Mr. David M. Dolendi
Hinkhouse Williams Walsh LLP
Attorneys for Plaintiff

_____
Bill Porter, Chilton Yambert Porter LLP,
Attorneys for Defendant